IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DELILAH AMAYA,<br><br>Defendant. | Case No. 1:24-mj-121 |

### ORDER

Upon the motion of the United States, by and through its attorneys, and with the consent of defendant Delilah Amaya and her counsel, and finding in accordance with 18 U.S.C. § 3161, for the reasons stated in the Consent Motion to Extend Time for Indictment, that the ends of justice served by granting the extension outweigh the best interests of the public and the defendant in a speedy trial, it is hereby,

**ORDERED** that the time period for indicting the defendant be and is hereby extended up to and including Thursday, July 18, 2024. Accordingly, the delay resulting from the pending motion for extension shall be excluded in computing the time within which an indictment must be filed.

Date: __5/16/24__
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge